# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID HAWLEY (8), <br> JAMES DEREK BROWN (9), <br><br> Defendant. | Case No.: 18-CR-1674-JLS <br><br> **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Second Superseding Indictment in the above entitled case be dismissed, without prejudice, only as to Defendants David Hawley (8) and James Derek Brown (9).

IT IS SO ORDERED.

Dated: June 25, 2021

Hon. Janis L. Sammartino
United States District Judge